UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY CORRAL,<br><br>        Petitioner,<br><br>   v.<br><br>F. GONZALEZ, Warden, et al.,<br><br>        Respondents. | 1:12-cv—01315-LJO-SKO-HC<br><br>ORDER RE: FINDINGS AND RECOMMENDATIONS (DOC. 8)<br><br>ORDER DISMISSING SOME CLAIMS IN THE PETITION (DOC. 1) WITHOUT LEAVE TO AMEND, DISMISSING ONE CLAIM WITH LEAVE TO AMEND, AND GRANTING PETITIONER LEAVE TO FILE A FIRST AMENDED PETITION NO LATER THAN THIRTY (30) DAYS AFTER SERVICE OF THIS ORDER |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304.

    On February 20, 2013, the Magistrate Judge filed findings and recommendation to dismiss as successive Petitioner's claims insofar as they challenged gang validation proceedings that

1

1   occurred in 2008; to dismiss without leave to amend his ex post
2   facto, First Amendment, and equal protection claims; and to
3   dismiss his procedural due process claim with leave to file a
4   first amended petition with respect to that claim.  The findings
5   and recommendations were served on Petitioner on the same date
6   and informed him that objections could be filed within thirty
7   (30) days after service.  On March 29, 2013, Petitioner filed
8   objections to the findings and recommendations which the Court
9   considers to have been timely filed.
10         In accordance with the provisions of 28 U.S.C. § 636
11  (b)(1)(C), this Court has conducted a *de novo* review of the case.
12  The undersigned has carefully reviewed the entire file and has
13  considered the objections; the undersigned has determined there
14  is no need to modify the findings and recommendations based on
15  the points raised in the objections.  The Court finds that the
16  findings and recommendations are supported by the record and
17  proper analysis.
18         Accordingly, it is ORDERED that:
19         1) Insofar as Petitioner's claims challenge his gang
20  validation proceedings that occurred in 2008, the claims are
21  DISMISSED without leave to amend as successive claims; and
22         2) Petitioner's ex post facto claim is DISMISSED without
23  leave to amend; and
24         3) Petitioner's First Amendment claim is DISMISSED without
25  leave to amend; and
26         4) Petitioner's equal protection claim is DISMISSED without
27  leave to amend; and
28         5) Petitioner's procedural due process claim is DISMISSED

with leave to file a first amended petition with regard to that claim; and

    6) Petitioner is GRANTED thirty (30) days from the date of service of the Court's order to file an amended petition alleging a procedural due process claim in compliance with the findings and recommendations.

IT IS SO ORDERED.

**Dated:   April 8, 2013**               **/s/  Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE